FILED

Dec 19 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br>　　　　Plaintiff,<br>vs.<br>ENTERPRISE PLAN B, INC., LANCE BROWN, DIANE STEMBER RICHARDS, JAMES BROWN, ALEX BORJA, EUGENIA SERRANO BORJA, and DOES 1-20,<br>　　　　Defendants.<br><br>ALEX BORJA, EUGENIA SERRANO BORJA, and DOES 1-20,<br>　　　　Counter-Claimants,<br>vs.<br>EVANSTON INSURANCE COMPANY and ROES 1-100, inclusive<br>　　　　Counter-Defendant. | Case No. 5:24-cv-03329-PCP-NC<br><br>(Hon. P. Casey Pitts)<br><br>**[PROPOSED] ORDER FOR CLERK'S ENTRY OF DEFAULT JUDGMENT ON DEFENDANT JAMES BROWN AS TO PLAINTIFF EVANSTON INSURANCE COMPANY'S ENTIRE COMPLAINT**<br><br>Complaint Filed: June 3, 2024 |

1

[PROPOSED] ORDER FOR CLERK'S ENTRY OF DEFAULT JUDGMENT ON DEFENDANT
JAMES BROWN AS TO PLAINTIFF EVANSTON'S ENTIRE COMPLAINT

37638\323187076.v1

# [PROPOSED] ORDER FOR CLERK'S ENTRY OF DEFAULT JUDGMENT ON DEFENDANT JAMES BROWN UNDER FED. R. CIV. P. 55(b)(1)

Defendant JAMES BROWN ("Defendant") failed to plead, appear, or otherwise defend in this action and his default as to Plaintiff EVANSTON INSURANCE COMPANY'S ("Evanston") entire complaint for declaratory judgment/relief was entered by the Clerk of the Court on August 27, 2024 (Dkt. 34).

Now, upon Evanston's application and demonstration that Defendant owes Evanston the sum of $-0- in its complaint for declaratory judgment/relief filed on June 3, 2024; that Defendant is not an infant or incompetent person or in the military service of the United States; and that Plaintiff Evanston has waived recovery of its incurred costs as to Defendant JAMES BROWN;

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment is entered against Defendant JAMES BROWN as to the entirety of Evanston's complaint for declaratory judgment/declaratory relief.

It is further ORDERED, ADJUDGED, AND DECREED that Evanston shall recover from Defendant JAMES BROWN the principal amount of $ -0-, with no costs nor prejudgment interests.

Dated: December 19, 2024

Mark B. Busby
By the Court,

Gina Agustine
Deputy Clerk

2

**[PROPOSED] ORDER FOR CLERK'S ENTRY OF DEFAULT JUDGMENT ON DEFENDANT JAMES BROWN AS TO PLAINTIFF EVANSTON'S ENTIRE COMPLAINT**

37638\323187076.v1